**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____     Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **CERTENEJAS INCORPORADO** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  HOTEL FLOR DEL VALLE** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **66-0328682** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **ROAD # 172, KM 7.5**<br>**BAYAMON WARD**<br>**Cidra, PR 00739**<br>Number, Street, City, State & ZIP Code | **PO BOX 1753**<br>**Cidra, PR 00739**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Cidra**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **CERTENEJAS INCORPORADO**
_____
Name

Case number (*if known*) _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described In 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___ ___

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and Its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure In 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined In the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| District | San Juan, PR | When | 9/22/15 | Case number | 15-07313 |
|---|---|---|---|---|---|
| District | | When | | Case number | |

---

Debtor     **CERTENEJAS INCORPORADO**                                          Case number (*if known*) _____
           <u>Name</u>

**10.** Are any bankruptcy cases       ■ No
pending or being filed by a            ☐ Yes.
business partner or an
affiliate of the debtor?

List all cases. If more than 1,     Debtor _____     Relationship _____
attach a separate list              District _____ When _____     Case number, if known _____

**11.** Why is the case filed in     Check all that apply:
this district?
                                     ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                         preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                     ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** Does the debtor own or       ■ No
have possession of any               ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
real property or personal
property that needs
immediate attention?                           **Why does the property need immediate attention?** (*Check all that apply.*)

                                               ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                                  What is the hazard? _____

                                               ☐ It needs to be physically secured or protected from the weather.

                                               ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                                  livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                               ☐ Other _____

                                               **Where is the property?** _____
                                                                          Number, Street, City, State & ZIP Code

                                               **Is the property insured?**

                                               ☐ No

                                               ☐ Yes.  Insurance agency _____
                                                       Contact name _____
                                                       Phone _____

■■■■ **Statistical and administrative information**

**13.** Debtor's estimation of       Check one:
available funds
                                     ■   Funds will be available for distribution to unsecured creditors.

                                     ☐   After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** Estimated number of   ■ 1-49              ☐ 1,000-5,000            ☐ 25,001-50,000
creditors                     ☐ 50-99             ☐ 5001-10,000            ☐ 50,001-100,000
                              ☐ 100-199           ☐ 10,001-25,000          ☐ More than100,000
                              ☐ 200-999

**15.** Estimated Assets   ☐ $0 - $50,000            ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                           ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
                           ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                           ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.** Estimated liabilities   ☐ $0 - $50,000     ☐ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion

| Debtor | CERTENEJAS INCORPORADO | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | CERTENEJAS INCORPORADO | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/10/2023
             MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title   **PRESIDENT**

LUIS J MEAUX VAZQUEZ
Printed name

**18. Signature of attorney**

X   s/Charles A. Cuprill
Signature of attorney for debtor

Date   5/10/2023
     MM / DD / YYYY

CHARLES A. CUPRILL HERNANDEZ, ESQ.
Printed name

CHARLES A. CUPRILL, PSC LAW OFFICES
Firm name

356 FORTALEZA STREET
SECOND FLOOR
San Juan, PR 00901
Number, Street, City, State & ZIP Code

Contact phone   787-977-0515    Email address   ccuprill@cuprill.com

USDC114312 PR PR
Bar number and State

Fill in this information to identify the case:

Debtor name   **CERTENEJAS INCORPORADO**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/10/2023             x _____
                                    Signature of individual signing on behalf of debtor

                                    **LUIS J MEAUX VAZQUEZ**
                                    Printed name

                                    **PRESIDENT**
                                    Position or relationship to debtor

**CERTIFIED COPY OF RESOLUTION
AUTHORIZING THE FILING OF PETITION
FOR REORGANIZATION UNDER CHAPTER 11
OF THE BANKRUPTCY CODE**

RESOLVED:   Whereas **Certenejas Inc.,** (the "Company") is unable to meet its obligations as they mature; and

Whereas, creditors have undertaken suit and have threatened to undertake steps to obtain possession of the Company's assets; Now therefore,

Be it resolved that a Petition in Proceedings under Chapter 11 of the Bankruptcy Code be filed by the Company and that Luis J. Meaux Vázquez, the Company's President, be and hereby is authorized to execute on behalf of the Company and for it all the necessary documents for the filing of a Petition Chapter 11 of the Bankruptcy Code; and be it further resolved;

That Luis J. Meaux Vázquez be and hereby is authorized to pay unto the Clerk of the Court all necessary filing fees required by law by the Company or in its behalf, and be it further resolved;

That Charles A. Cuprill, P.S.C., Law Offices be employed to act as counsel for the Company in such bankruptcy proceedings.

The undersigned hereby certifies that he is the President and Secretary of the Company and that the above is a true and correct copy of a resolution adopted by at a duly constituted meeting held on the 2nd day of May 2023, in accordance with the Company's regulations; that quorum was present at said meeting; that the resolution has not been revoked, modified, annulled or amended in any manner whatsoever.

In witness whereof, I have hereunto set my hand and affixed the seal of the Company this 11th day of May 2023

Luis J. Meaux Vázquez
**Secretary**

I, Luis J. Meaux Vázquez, Secretary of Certenejas, Inc.'s board of directors of legal age, single, and resident of Caguas, Puerto Rico, do hereby certify under penalty of

perjury, that the statements contained in the foregoing document are true according to the best of my knowledge, information and belief.

San Juan, Puerto Rico, this 11th day of May 2023.


_____
Luis J. Meaux Vázquez
**Secretary**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | CERTENEJAS INCORPORADO |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AUTORIDAD DE ENERGIA ELECTRICA PO BOX 363508 San Juan, PR 00936-3508 | | ELECTRIC POWER SERVICES (ESTIMATED) | | | | $12,000.00 |
| CLARO PO BOX 70366 San Juan, PR 00936-8366 | | TELEPHONE SERVICES | | | | $300.00 |
| COMPAÑIA DE TURISMO DE PR PO BOX 9023960 San Juan, PR 00902-3960 | | ROOM TAXES (ESTIMATED) | | | | $300,000.00 |
| CPA VICTOR CORTEZ HERNANDEZ BOX 370295 Cayey, PR 00737-0295 | | ACCOUNTING SERVICES | | | | $200,258.30 |
| CRIM PO BOX 195387 San Juan, PR 00919-5387 | | UNSECURED PORTION OF REAL PROPERTY TAXES | | | | $79,264.80 |
| CRIM PO BOX 195387 San Juan, PR 00919-5387 | | PERSONAL PROPERTY TAXES | | | | $15,087.50 |
| DEL ESTE TRADING P.O. BOX 1162 Las Piedras, PR 00771 | | INVENTORIES | | | | $1,838.44 |

Debtor   **CERTENEJAS INCORPORADO**                                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DEPARTAMENTO DE HACIENDA BANKRUPTCY SECTION 424 B PO BOX 9024140 San Juan, PR 00902-4140 | | PROFESSIONAL SERVICES WITHHOLDINGS | | | | $4,695.41 |
| DEPARTAMENTO DE HACIENDA BANKRUPTCY SECTION 424 B PO BOX 9024140 San Juan, PR 00902-4140 | | OTHER TAXES | | | | $2,652.44 |
| DEPARTAMENTO DE HACIENDA BANKRUPTCY SECTION 424 B PO BOX 9024140 San Juan, PR 00902-4140 | | SALARY WITHHOLDINGS | | | | $58,859.89 |
| DEPARTAMENTO DE HACIENDA BANKRUPTCY SECTION 424 B PO BOX 9024140 San Juan, PR 00902-4140 | | SALES AND USE TAXES | | | | $22,345.10 |
| DEPARTMENT OF LABOR OF PUERTO RICO PO BOX 195540 San Juan, PR 00919-5540 | | PAYROLL TAXES | | | | $49,273.33 |
| INTERNAL REVENUE SERVICE PO BOX 7346 Philadelphia, PA 19101-7346 | | FICA TAXES | | | | $301,372.84 |
| JR GLOBAL FOOD, CORP P.O. BOX 176 Aguas Buenas, PR 00703 | | INVENTORIES | | | | $4,310.94 |
| LIQUILUX GAS CORPORATION P.O. BOX 34184 Ponce, PR 00734-4189 | | GAS | | | | $1,961.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor   **CERTENEJAS INCORPORADO**                                      Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MENACO CORPORATION P.O. BOX 70183 San Juan, PR 00936-8183 | | CLEANING SUPPLIES | | | | $1,118.73 |
| MUNICIPIO DE CIDRA PO BOX 729 Cidra, PR 00739-0729 | | MUNICIPAL TAXES | | | | $4,439.97 |
| PUERTO RICO SUPPLIES GROUP P.O. BOX 11908 San Juan, PR 00922-1908 | | INVENTORIES | | | | $679.95 |
| STATE INSURANCE FUND CORPORATION PO BOX 365028 San Juan, PR 00936-5028 | | WORKMEN COMPENSATION INSURANCE | | | | $70,781.38 |
| TRIANGLE CAYMAN ASSET COMPANY 2 221 PONCE DE LEON, 12TH FLOOR SUITE 1204 San Juan, PR 00917 | | BANK LOAN SECURED BY REAL PROPERTY LISTED ON SCHEDULE A (MOTEL FLOR DEL VALLE) | | $8,808,058.42 | $3,150,000.00 | $5,658,058.42 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CERTENEJAS INCORPORADO** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:   Summary of Assets**

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. Real property:
    Copy line 88 from *Schedule A/B*..................................................................... $     3,150,000.00

    1b. Total personal property:
    Copy line 91A from *Schedule A/B*................................................................... $     1,262,900.00

    1c. Total of all property:
    Copy line 92 from *Schedule A/B*..................................................................... $     4,412,900.00

**Part 2:   Summary of Liabilities**

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................... $     8,982,693.62

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. Total claim amounts of priority unsecured claims:
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................ $       908,772.66

    3b. Total amount of claims of nonpriority amount of unsecured claims:
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........ +$       222,867.36

4.  **Total liabilities** ...............................................................................
    Lines 2 + 3a + 3b                                                                     $    10,114,333.64

| Fill in this information to identify the case: |
|---|

| Debtor name | **CERTENEJAS INCORPORADO** |
|---|---|
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

2.      Cash on hand                                                                                                      $2,500.00

3.      Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **BANCO POPULAR DE PUERTO RICO** | **OPERATING ACCOUNT** | | $1,200.00 |

4.      Other cash equivalents *(Identify all)*

5.      Total of Part 1.                                                                                                    $3,700.00
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**      Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      Deposits, including security deposits and utility deposits
       Description, including name of holder of deposit
           SECURITY DEPOSIT
           COMPAÑIA DE TURISMO DE PR
           MOTEL FLOR DEL VALLE
       7.1.  ROOM TAXES                                                                                           $19,000.00

       7.2.  SECURITY DEPOSIT
           LUMA ENERGY
           REVENUE PROTECTION                                                                          $30,000.00

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **CERTENEJAS INCORPORADO**                              Case number *(if known)* _____
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

P.O. BOX 364267
SAN JUAN, PR 00936

---

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                          | **$49,000.00** |
Add lines 7 through 8. Copy the total to line 81.

| **Part 3:** | **Accounts receivable** |
10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| **Part 4:** | **Investments** |
13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's Interest (Where available) | Valuation method used for current value | Current value of debtor's Interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies **RESTAURANT AND BAR INVENTORIES (ESTIMATED)** | | $0.00 | ESTIMATED | $15,000.00 |
| **ROOMS SUPPLIES INVENTORY** | | $0.00 | ESTIMATED | $12,000.00 |

23.   **Total of Part 5.**                                                         | **$27,000.00** |
Add lines 19 through 22. Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

---

Official Form 206A/B           Schedule A/B Assets - Real and Personal Property                    page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor  **CERTENEJAS INCORPORADO**
_____     Case number *(if known)* _____
Name

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**  Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  FORD F350 2000 SERIAL # 1FDWF36F1YED18290 PLATE # H25330 | $0.00 | | $8,000.00 |
| 47.2.  FORD XPI 2005 SERIAL # 1FMZU63K25A16594 PLATE # GFX834 | $0.00 | | $3,000.00 |
| 47.3.  LEXUS G47 2003 SERIAL # JTJBT20X430008466 PLATE # EYW946 | $0.00 | | $6,000.00 |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** MOTEL EQUIPMENT, FURNITURE AND FIXTURES AT COST (EXHIBIT I) | $0.00 | | $145,200.00 |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| $162,200.00 |
|---|

Debtor   __CERTENEJAS INCORPORADO_____   Case number *(if known)* _____
         Name

52. Is a depreciation schedule available for any of the property listed in Part 8?
   ■ No
   ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
   ■ No
   ☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. LAND WITH COMMERCIAL BUILDING (MOTEL) KNOWN AS "MOTEL FLOR DEL VALLE" LOCATED AT ROAD PR # 172, KM 7.5, BAYAMON WARD, CIDRA, PUERTO RICO 00739 ($35,000 * 90 ROOMS) | OWNER IN FEE SIMPLE | $6,100,017.00 | | $3,150,000.00 |

56. Total of Part 9.
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

   | $3,150,000.00 |
   |---|

57. Is a depreciation schedule available for any of the property listed in Part 9?
   ■ No
   ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
   ■ No
   ☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. Patents, copyrights, trademarks, and trade secrets

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | CERTENEJAS INCORPORADO | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 61. | Internet domain names and websites | | |
|---|---|---|---|
| 62. | Licenses, franchises, and royalties | | |
| | LICENSE TO OPERATE MOTEL FLOR DEL VALLE | $0.00 | Unknown |
| 63. | Customer lists, mailing lists, or other compilations | | |
| 64. | Other intangibles, or intellectual property | | |
| | DEFERRED FINANCING COSTS | $0.00 | $1,021,000.00 |

65.    Goodwill

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $1,021,000.00 |
|---|

67.    **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **CERTENEJAS INCORPORADO**                          Case number *(if known)* _____
         Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$3,700.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$49,000.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$27,000.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$162,200.00** | |
| 88. | Real property. *Copy line 56, Part 9*..........................................> | | **$3,150,000.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$1,021,000.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total. Add lines 80 through 90 for each column** | **$1,262,900.00** | + 91b. **$3,150,000.00** |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$4,412,900.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **CERTENEJAS INCORPORADO** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (If known) | |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 CRIM**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$174,635.20** | **$3,150,000.00** |

**PO BOX 195387**
**San Juan, PR 00919-5387**
Creditor's mailing address

Describe the lien
**REAL PROPERTY TAXES (STATUTORY LIEN)**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

☑ No

Date debt was incurred
**JULY 2018 TO JANUARY 2023**
Last 4 digits of account number

☐ Yes  Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2 TRIANGLE CAYMAN ASSET COMPANY 2**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**BANK LOAN SECURED BY REAL PROPERTY LISTED ON SCHEDULE A (MOTEL FLOR DEL VALLE)** | **$8,808,058.42** | **$3,150,000.00** |

**221 PONCE DE LEON,**
**12TH FLOOR**
**SUITE 1204**
**San Juan, PR 00917**
Creditor's mailing address

Describe the lien
**Mortgage (Principal Only)**
Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

☐ No

Date debt was incurred
**6/30/2005**
Last 4 digits of account number
**1262**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor   __CERTENEJAS INCORPORADO__   Case number (if known) _____
　　　　　Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $8,982,693.62 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **CERTENEJAS INCORPORADO** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**COMPAÑIA DE TURISMO DE PR**<br>**PO BOX 9023960**<br>**San Juan, PR 00902-3960** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$300,000.00** | **$300,000.00** |
|  | Date or dates debt was incurred<br>**VARIOUS** | Basis for the claim:<br>**ROOM TAXES (ESTIMATED)** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**CRIM**<br>**PO BOX 195387**<br>**San Juan, PR 00919-5387** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$79,264.80** | **$0.00** |
|  | Date or dates debt was incurred<br>**VARIOUS** | Basis for the claim:<br>**UNSECURED PORTION OF REAL PROPERTY TAXES** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **CERTENEJAS INCORPORADO**
Name

Case number (if known)

| 2.3 | Priority creditor's name and mailing address **CRIM** PO BOX 195387 San Juan, PR 00919-5387 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $15,087.50 | $6,247.76 |
|---|---|---|---|---|

| Date or dates debt was incurred **VARIOUS** | Basis for the claim: **PERSONAL PROPERTY TAXES** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

| 2.4 | Priority creditor's name and mailing address **DEPARTAMENTO DE HACIENDA BANKRUPTCY SECTION 424 B** PO BOX 9024140 San Juan, PR 00902-4140 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $4,695.41 | $3,749.66 |
|---|---|---|---|---|

| Date or dates debt was incurred **VARIOUS** | Basis for the claim: **PROFESSIONAL SERVICES WITHHOLDINGS** |
|---|---|
| Last 4 digits of account number **8682** | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

| 2.5 | Priority creditor's name and mailing address **DEPARTAMENTO DE HACIENDA BANKRUPTCY SECTION 424 B** PO BOX 9024140 San Juan, PR 00902-4140 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $58,859.89 | $46,405.61 |
|---|---|---|---|---|

| Date or dates debt was incurred **VARIOUS** | Basis for the claim: **SALARY WITHHOLDINGS** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

| 2.6 | Priority creditor's name and mailing address **DEPARTAMENTO DE HACIENDA BANKRUPTCY SECTION 424 B** PO BOX 9024140 San Juan, PR 00902-4140 | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $22,345.10 | $12,577.75 |
|---|---|---|---|---|

| Date or dates debt was incurred **VARIOUS** | Basis for the claim: **SALES AND USE TAXES** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

| Debtor | CERTENEJAS INCORPORADO | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**2.7** | Priority creditor's name and mailing address
**DEPARTAMENTO DE HACIENDA**
**BANKRUPTCY SECTION 424 B**
PO BOX 9024140
San Juan, PR 00902-4140

Date or dates debt was incurred
**VARIOUS**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**OTHER TAXES**

Is the claim subject to offset?
☒ No
☐ Yes

$2,652.44 | $1,712.44

---

**2.8** | Priority creditor's name and mailing address
**DEPARTMENT OF LABOR OF**
**PUERTO RICO**
PO BOX 195540
San Juan, PR 00919-5540

Date or dates debt was incurred
**VARIOUS**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PAYROLL TAXES**

Is the claim subject to offset?
☒ No
☐ Yes

$49,273.33 | $49,273.33

---

**2.9** | Priority creditor's name and mailing address
**INTERNAL REVENUE SERVICE**
PO BOX 7346
Philadelphia, PA 19101-7346

Date or dates debt was incurred
**VARIOUS**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**FICA TAXES**

Is the claim subject to offset?
☒ No
☐ Yes

$301,372.84 | $301,372.84

---

**2.10** | Priority creditor's name and mailing address
**MUNICIPIO DE CIDRA**
PO BOX 729
Cidra, PR 00739-0729

Date or dates debt was incurred
**VARIOUS**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**MUNICIPAL TAXES**

Is the claim subject to offset?
☒ No
☐ Yes

$4,439.97 | $4,439.97

---

| Debtor | CERTENEJAS INCORPORADO | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.11 | Priority creditor's name and mailing address<br>**STATE INSURANCE FUND CORPORATION**<br>**PO BOX 365028**<br>**San Juan, PR 00936-5028** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $70,781.38 | $24,744.44 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**VARIOUS** | Basis for the claim:<br>**WORKMEN COMPENSATION INSURANCE** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**AUTORIDAD DE ENERGIA ELECTRICA**<br>**PO BOX 363508**<br>**San Juan, PR 00936-3508**<br>Date(s) debt was incurred **APRIL 2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: <u>ELECTRIC POWER SERVICES (ESTIMATED)</u><br>Is the claim subject to offset? ■ No ☐ Yes | $12,000.00 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**CLARO**<br>**PO BOX 70366**<br>**San Juan, PR 00936-8366**<br>Date(s) debt was incurred **APRIL 2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: <u>TELEPHONE SERVICES</u><br>Is the claim subject to offset? ■ No ☐ Yes | $300.00 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**CONWASTE**<br>**P.O. BOX 1322**<br>**Gurabo, PR 00778**<br>Date(s) debt was incurred **APRIL 2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: <u>WASTE DISPOSAL</u><br>Is the claim subject to offset? ■ No ☐ Yes | $200.00 |
| 3.4 | Nonpriority creditor's name and mailing address<br>**CPA VICTOR CORTEZ HERNANDEZ**<br>**BOX 370295**<br>**Cayey, PR 00737-0295**<br>Date(s) debt was incurred **VARIOUS**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: <u>ACCOUNTING SERVICES</u><br>Is the claim subject to offset? ■ No ☐ Yes | $200,258.30 |
| 3.5 | Nonpriority creditor's name and mailing address<br>**DEL ESTE TRADING**<br>**P.O. BOX 1162**<br>**Las Piedras, PR 00771**<br>Date(s) debt was incurred **APRIL 2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: <u>INVENTORIES</u><br>Is the claim subject to offset? ■ No ☐ Yes | $1,838.44 |

Debtor  **CERTENEJAS INCORPORADO**  Case number (if known) _____
     Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $200.00 |

**DEPARTAMENTO DE RECURSOS NATURALES**
**SAN  JOSE INDUSTRIAL PARK**
**1375 AVE PONCE DE LEON**
San Juan, PR 00926

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  APRIL 2023

Basis for the claim:  WATER SERVICES (ESTIMATED)

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,310.94 |

**JR GLOBAL FOOD, CORP**
**P.O. BOX 176**
**Aguas Buenas, PR 00703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  MARCH 2023

Basis for the claim:  INVENTORIES

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,961.00 |

**LIQUILUX GAS CORPORATION**
**P.O. BOX 34184**
**Ponce, PR 00734-4189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  APRIL 2023

Basis for the claim:  GAS

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $1,118.73 |

**MENACO CORPORATION**
**P.O. BOX 70183**
**San Juan, PR 00936-8183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  MARCH 2023

Basis for the claim:  CLEANING SUPPLIES

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $679.95 |

**PUERTO RICO SUPPLIES GROUP**
**P.O. BOX 11908**
**San Juan, PR 00922-1908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  MARCH 2023

Basis for the claim:  INVENTORIES

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 908,772.66 |
| 5b. Total claims from Part 2 | 5b. + $ | 222,867.36 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c | 5c. $ | 1,131,640.02 |

| Fill in this information to identify the case: |
| --- |
| Debtor name **CERTENEJAS INCORPORADO** |
| United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **WASTE DISPOSAL SERVICE CONTRACT** | |
| --- | --- | --- | --- |
| | State the term remaining | | **CONWASTE**<br>P.O. BOX 1322<br>Gurabo, PR 00778 |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **ARMORED SERVICES CONTRACT** | |
| --- | --- | --- | --- |
| | State the term remaining | | **RANGER AMERICAN ARMORED SERVICES INC**<br>PO BOX 29105<br>San Juan, PR 00929-0105 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **CERTENEJAS INCORPORADO**

United States Bankruptcy Court for the·   DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                        Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | LUIS J MEAUX VAZQUEZ | P.O. BOX 1753 Cidra, PR 00739 | TRIANGLE CAYMAN ASSET COMPANY 2 | ■ D   2.2 ☐ E/F ☐ G |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re   **CERTENEJAS INCORPORADO**                                        Case No.
_____                    Chapter    11
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with creditors and all matters relative to the Chapter 11 case.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

5/10/2023                                 s/Charles A. Cuprill
_____                 _____
Date                                      **CHARLES A. CUPRILL HERNANDEZ, ESQ.**
                                          *Signature of Attorney*
                                          **CHARLES A. CUPRILL, PSC LAW OFFICES**
                                          **356 FORTALEZA STREET**
                                          **SECOND FLOOR**
                                          **San Juan, PR 00901**
                                          **787-977-0515**
                                          **ccuprill@cuprill.com**
                                          *Name of law firm*

---

## United States Bankruptcy Court
### District of Puerto Rico

In re   CERTENEJAS INCORPORADO

Debtor(s)

Case No.

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| LUIS J MEAUX VAZQUEZ<br>P.O. BOX 1753<br>Cidra, PR 00739 | COMMON STOCK | 100% | OWNER |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    5/10/2023

Signature _LUIS J MEAUX VAZQUEZ_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of Puerto Rico**

In re    CERTENEJAS INCORPORADO

                                  Debtor(s)

Case No.

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     5/10/2023

s/   Luis J. Meaux Vazquez

**LUIS J MEAUX VAZQUEZ/PRESIDENT**
Signer/Title

CERTENEJAS INCORPORADO
PO BOX 1753
CIDRA, PR 00739

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

CHARLES A. CUPRILL HERNANDEZ, ESQ
CHARLES A. CUPRILL, PSC LAW OFFICES
356 FORTALEZA STREET
SECOND FLOOR
SAN JUAN, PR 00901

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

JR GLOBAL FOOD, CORP
P.O. BOX 176
AGUAS BUENAS, PR 00703

AUTORIDAD DE ENERGIA ELECTRICA
PO BOX 363508
SAN JUAN, PR 00936-3508

DEL ESTE TRADING
P.O. BOX 1162
LAS PIEDRAS, PR 00771

LIQUILUX GAS CORPORATION
P.O. BOX 34184
PONCE, PR 00734-4189

CLARO
PO BOX 70366
SAN JUAN, PR 00936-8366

DEPARTAMENTO DE HACIENDA
BANKRUPTCY SECTION 424 B
PO BOX 9024140
SAN JUAN, PR 00902-4140

LUIS J MEAUX VAZQUEZ
P.O. BOX 1753
CIDRA, PR 00739

COMPAÑIA DE TURISMO DE PR
PO BOX 9023960
SAN JUAN, PR 00902-3960

DEPARTAMENTO DE HACIENDA
BANKRUPTCY SECTION 424 B
PO BOX 9024140
SAN JUAN, PR 00902-4140

MENACO CORPORATION
P.O. BOX 70183
SAN JUAN, PR 00936-8183

CONWASTE
P.O. BOX 1322
GURABO, PR 00778

DEPARTAMENTO DE HACIENDA
BANKRUPTCY SECTION 424 B
PO BOX 9024140
SAN JUAN, PR 00902-4140

MUNICIPIO DE CIDRA
PO BOX 729
CIDRA, PR 00739-0729

CONWASTE
P.O. BOX 1322
GURABO, PR 00778

DEPARTAMENTO DE HACIENDA
BANKRUPTCY SECTION 424 B
PO BOX 9024140
SAN JUAN, PR 00902-4140

PUERTO RICO SUPPLIES GROU
P.O. BOX 11908
SAN JUAN, PR 00922-1908

CPA VICTOR CORTEZ HERNANDEZ
BOX 370295
CAYEY, PR 00737-0295

DEPARTAMENTO DE RECURSOS NATURALES
SAN JOSE INDUSTRIAL PARK
1375 AVE PONCE DE LEON
SAN JUAN, PR 00926

RANGER AMERICAN ARMORED S
PO BOX 29105
SAN JUAN, PR 00929-0105

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

DEPARTMENT OF LABOR OF PUERTO RICO
PO BOX 195540
SAN JUAN, PR 00919-5540

STATE INSURANCE FUND CORP
PO BOX 365028
SAN JUAN, PR 00936-5028

TRIANGLE CAYMAN ASSET COMPANY 2
221 PONCE DE LEON, 12TH FLOOR
SUITE 1204
SAN JUAN, PR 00917

# United States Bankruptcy Court
## District of Puerto Rico

In re    **CERTENEJAS INCORPORADO**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    CERTENEJAS INCORPORADO    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

5/10/2023

Date

s/Charles A. Cuprill

**CHARLES A. CUPRILL HERNANDEZ, ESQ.**

Signature of Attorney or Litigant

Counsel for    CERTENEJAS INCORPORADO

**CHARLES A. CUPRILL, PSC LAW OFFICES**
**356 FORTALEZA STREET**
**SECOND FLOOR**
San Juan, PR 00901
787-977-0515
ccuprill@cuprill.com